USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/2019

LAW OFFICES
# DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502
NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Filed on ECF and
by email to **Torres_NYSDChambers@nysd.uscourts.gov**

June 3, 2019

*Re: United States v. Daubriel Disla*
19 Cr. 391 (AT)

Dear Judge Torres:

    I have been appointed to represent the defendant Daubriel Disla pursuant to the Criminal Justice Act (CJA). I write to request that Sarah M. Sacks, Esq. be permitted to stand in for me at the initial pretrial conference in this case scheduled before the Court for Thursday, June 6, 2019 at 11:30AM. I will be unavailable to attend this conference since I will be on trial in front of Judge Gardephe in *United States v. Claudius English*, 18 Cr. 492 (PGG). Ms. Sacks has been appointed in several CJA cases by Judges in this District and she appeared on my behalf to represent Mr. Disla when he was arraigned on the indictment in this case. I have discussed this request with Mr. Disla and he fully consents.

    If the Court has any questions or concerns, Chambers can contact me on my cell phone at (917) 922 7939. Should Chambers need to reach Ms. Sacks before the conference, her cell phone number is (917) 566 6196.

Very truly yours,

David S. Greenfield

GRANTED.

SO ORDERED.

Dated: June 3, 2019
New York, New York

_____
ANALISA TORRES
United States District Judge