USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2021

# EPSTEIN SACKS PLLC
## ATTORNEYS AT LAW
100 LAFAYETTE STREET
SUITE 502
NEW YORK, N.Y. 10013
(212) 684-1230

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

August 11, 2021

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Filed on ECF and
via email to **Torres_NYSDChambers@nysd.uscourts.gov**

Re: *United States v. Daubriel Disla*
19 Cr. 391 (AT)

Dear Judge Torres:

Together with David S. Greenfield, I represent Daubriel Disla pursuant to the Criminal Justice Act. Your Honor has previously postponed Mr. Disla's sentencing date in light of the COVID-19 pandemic. The most recent date set by the Court for his sentencing is September 8, 2021. As it turns out, September 8th is the Jewish holiday of Rosh Hashanah which both Mr. Greenfield and I observe. For this reason, we ask for an adjournment of Mr. Disla's sentencing. The Government has no objection to this request. The Court recently postponed co-defendant Irvin Castillo's sentencing to November 3, 2021. Should that date work for the Court, we are also available on that date.

GRANTED. The sentencing for Defendant Disla is ADJOURNED to **November 3, 2021**, at **11:00 a.m.** Defendant's submission is due **October 20, 2021**. The Government's submission is due **October 27, 2021**.

SO ORDERED.

Dated: August 17, 2021
   New York, New York

Respectfully submitted,

*Sarah M. Sacks*

**ANALISA TORRES**
United States District Judge